# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL NO. 5:03CV146-H

| | |
|---|---|
| MARKET CHOICE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER AND JUDGMENT** |
| ) | |
| MH/1993/FOODS, INC., d/b/a ) | |
| MICHELLE FOODS, INC., and ) | |
| MICHELLE FOODS ENTERPRISES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court following the Show Cause Hearing conducted this date, at which Michelle Hoskins, the Defendants' President and principal shareholder, and Freddie L. Woods, Jr., the Defendants' former counsel, appeared in person as they had been ordered to do. Ms. Hoskins was represented at the hearing by Kenneth B. Oettinger, Jr.

For the reasons stated at the hearing, the undersigned concludes that no further sanctions are warranted against the Defendants, Ms. Hoskins, or Mr. Woods.

The Court's earlier attorneys' fee award to the Plaintiffs, $2,716.00 of which remains unpaid, is <u>affirmed</u>, and Judgment will be entered against Mr. Woods in that amount.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The Plaintiff, Market Choice, Inc., is **GRANTED** a **JUDGMENT** against Freddie L. Woods, Jr. in the principal amount of $2,716.00.

2. The Clerk is directed to send copies of this Order and Judgment to Mr. Woods; to counsel

for the Plaintiff; and to the following:

    Mr. Kenneth B. Oettinger, Jr.
    One Wachovia Center
    301 South College Street, Suite 3500
    Charlotte, North Carolina 28202

    Ms. Michelle Hoskins
    1600 West 167th Street, Suite 20
    Calumet City, Illinois 60409

**SO ORDERED, ADJUDGED, AND DECREED.**

Signed: February 6, 2006

*[Signature: Carl Horn, III]*

Carl Horn, III
United States Magistrate Judge