**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL NO. 5:03CV146-H**

| | | |
|---|---|---|
| **MARKET CHOICE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER STAYING PROCEEDINGS** |
| _____ | ) | |
| **MH/1993/FOODS, INC., d/b/a** | ) | |
| **MICHELLE FOODS, INC., and** | ) | |
| **MICHELLE FOODS ENTERPRISES,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court after receiving notice from the Defendants that on February 3, 2006, they filed a petition for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

**THEREFORE IT IS ORDERED:**

1. This action is **STAYED** pending further Orders of the Court. The Clerk is directed to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the Guide to Judicial Policies and Procedures.

2. The Clerk is direct to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: February 6, 2006

*Carl Horn, III*
_____

Carl Horn, III
United States Magistrate Judge